UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINICK AGAPOV,

        Plaintiff,

-against-

UBIF FRANCHISING CO.,

        Defendant.

**ORDER**

23-CV-02178 (PMH)

PHILIP M. HALPERN, United States District Judge:

    In light of the Court's Order setting a briefing schedule for Defendant's anticipated motion to dismiss, the initial conference previously scheduled for May 16, 2023 at 11:00 a.m. is cancelled.

SO ORDERED:

Dated:  White Plains, New York
       May 4, 2023

_____
PHILIP M. HALPERN
United States District Judge