UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINICK AGAPOV,

        Plaintiff,

-against-

UBIF FRANCHISING CO.,

        Defendant.

**ORDER**

23-CV-02178 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court is in receipt of Defendant's "Notice of Plaintiff's Failure to Comply With Court Order to Effect Proper Service of Process" (Doc. 24, the "Notice") and the Declaration of Flynne Dowdy in support of the Notice (Doc. 25), which asks the Court to dismiss this action for lack of personal jurisdiction. Plaintiff is directed to, by **May 28, 2024**, file a letter responding to the Notice and addressing his failure to comply with the Court's March 8, 2024 Opinion and Order (Doc. 21).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED:**

Dated: White Plains, New York
       May 10, 2024

_____
PHILIP M. HALPERN
United States District Judge

1