UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINICK AGAPOV,

           Plaintiff,

-against-

UBIF FRANCHISING CO.,

           Defendant.

**ORDER**

23-CV-02178 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 8, 2024, Defendant filed a "Notice of Plaintiff's Failure to Comply With Court Order to Effect Proper Service of Process" (Doc. 24, the "Notice") and the Declaration of Flynne Dowdy in support of the Notice (Doc. 25), which asks the Court to dismiss this action for lack of personal jurisdiction. On May 10, 2024, the Court directed Plaintiff to, by May 28, 2024, file a letter responding to the Notice and addressing his failure to comply with the Court's March 8, 2024 Opinion and Order. (Doc. 26). To date, Plaintiff has not filed a responsive letter or sought an extension of time to file such letter.

Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to file a letter responding to the Notice and addressing his failure to comply with the Court's March 8, 2024 Opinion and Order to **June 24, 2024**. Plaintiff is warned that failure to comply with this Order will result in dismissal of this case. Counsel for Defendant is directed to serve a copy of this Order on Plaintiff and file an affidavit of service on the docket.

**SO ORDERED:**

Dated: White Plains, New York
        June 3, 2024

_____
PHILIP M. HALPERN
United States District Judge

1